IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM A. GAWRONSKI, # 330-984     \*

       Plaintiff,     \*

       v.     \*     CIVIL ACTION NO. RDB-06-3441

WARDEN     \*
       Defendant.
          \*\*\*\*\*\*

## MEMORANDUM OPINION

Before the Court is a status report submitted by counsel for Defendant indicating that Plaintiff was released from incarceration on May 2, 2007. Paper No. 21. In his complaint, Plaintiff requested special protective housing in addition to administrative segregation. As Plaintiff is no longer incarcerated, his request for injunctive relief is moot.

Accordingly, the Court will enter a separate Order dismissing this action as moot, and closing the case.

May 14, 2007                        /s/
Date                                   RICHARD D. BENNETT
                                      UNITED STATES DISTRICT JUDGE